CARL L. BIXBY, Appellant, *v.* COLEMAN DAWSON et al., Respondents.

Argued March 14, 1938; decided April 12, 1938.

*M. E. Harby* and *Robert C. Richter* for appellant.

*Hamilton Hicks* for Coleman Dawson, respondent.

*Walter R. Barry, Frederic R. Coudert, Jr.,* and *Thomas W. Kelly* for Jergens Woodbury Sales Corporation et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.